UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THERESA J. HENRY | CIVIL ACTION NO. 6:18-cv-01305 |
| VERSUS | JUDGE JUNEAU |
| TOWN OF DELCAMBRE, ET AL. | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the motion to dismiss (Rec. Doc. 14), which was filed by defendants the Town of Erath, Erath Police Chief Anna Lapointe, and Erath Police Officer Larry Landry (collectively "the Erath Defendants"), is GRANTED IN PART and DENIED IN PART. More particularly, it is ordered:

(a) that the motion is granted with regard to the official-capacity claims asserted against Police Chief Anna Lapointe and Police Officer Larry Landry and those claims are dismissed without prejudice because they are redundant of the plaintiff's claims against the Town of Erath;

(b) that the motion is granted with regard to the plaintiff's malicious prosecution claim under Section 1983 because there is no such claim and that claim is dismissed without prejudice, without prejudice to and reserving any malicious prosecution claim that the plaintiff might have under state law;

(c) that the motion is denied in all other respects;

(d) that the plaintiff is granted leave of court to file an amended complaint; and

(e) that the Erath Defendants are granted leave of court to reurge their motion to dismiss after review of the amended complaint, if necessary and appropriate.

Signed at Lafayette, Louisiana, this 17th day of May, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE